# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

DERIC C. SMITH, SR.  
ADC #179678                                                              PETITIONER

v.                         No. 4:23-cv-1111-DPM

DEXTER PAYNE, Director,  
Arkansas Department of Corrections                       RESPONDENT

## ORDER

Unopposed recommendation, *Doc. 3*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Smith's § 2254 petition, *Doc. 1*, will be dismissed without prejudice. The Court denies a certificate of appealability. 28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

So Ordered.

*[signature]*  
D.P. Marshall Jr.  
United States District Judge

2 February 2024