IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DERIC C. SMITH, SR.
ADC #179678                                                              PETITIONER

v.                          No. 4:23-cv-1111-DPM

DEXTER PAYNE, Director,
Arkansas Department of Corrections                                       RESPONDENT

## JUDGMENT

Smith's § 2254 petition is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 February 2024