IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DERIC C. SMITH, SR.    PETITIONER
ADC #179678

v.    No. 4:23-cv-1111-DPM

DEXTER PAYNE, Director,
Arkansas Department of Corrections    RESPONDENT

ORDER

Motion, *Doc. 6*, denied. This Court dismissed Smith's *habeas* petition without prejudice because he had not yet exhausted his state remedies. He now asks this Court to appoint him a lawyer to help in his direct appeal of his criminal conviction because his retained lawyer has been suspended from practice for a year. At this point, however, this federal court cannot appoint Smith a lawyer to handle his ongoing state case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 February 2024